*AUSA Assigned: MJE*

*County of Investigation: Chelan*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

*In Re: Criminal Complaint charging Jesus VAZQUEZ-SANDOVAL with Unlawful Alien in Possession of a Firearm*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| County of Chelan | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Homeland Security Investigations (HSI) Special Agent Tucker W. Solt, being duly sworn, depose and state under oath that:

1) Your affiant is an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses relevant to this application.

2) Your affiant is a Special Agent currently assigned to HSI Wenatchee since October 2025. Your affiant has been a sworn law enforcement officer for approximately six years. Prior to HSI, your affiant was an active-duty Army Captain for approximately 10 years and received training as an Army Counterintelligence Special Agent investigating national security violations. During my career, your affiant has received specialized training in investigating criminal offenses, executing search and arrest warrants, conducting interviews, and gathering and handling evidence from the Army Counterintelligence Special Agent Course and the Federal Law Enforcement Training Center. Your affiant has been trained in investigating immigration and firearm violations that are relevant to this application.

Complaint Affidavit of SA Solt, HSI - 1                                                              2:25-mj-00661-JAG

3)      This affidavit is being submitted in support of a Criminal Complaint charging Jesus VAZQUEZ-SANDOVAL, hereinafter referred to as VAZQUEZ, with Unlawful Alien in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(5).

4)      The information contained within this affidavit is based on your affiant's personal knowledge, training and experience, as well as information provided to him by other law enforcement officers assisting with this investigation. Your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only the facts that he believes are necessary to support the criminal complaint.

## FACTS AND CIRCUMSTANCES

5)      On November 6, 2025, at approximately 1130 hours, your affiant learned that VAZQUEZ had been arrested and subsequently booked into the Chelan County Jail on November 4, 2025 in relation to various Washington State criminal offenses.

6)      Your affiant reviewed immigration and law enforcement databases to ascertain the identity and status of VAZQUEZ. VAZQUEZ appears to have previously entered the United States as a temporary agricultural worker in 2015. Per the paperwork, VAZQUEZ was issued the temporary agricultural worker visa on March 27, 2015, and the visa expired on May 15, 2015. On VAZQUEZ's paperwork, VAZQUEZ identified himself as a citizen and national of Mexico. VAZQUEZ returned to Mexico at some point after being granted entry as a temporary agricultural worker. No other documentation in the databases reviewed indicate that VAZQUEZ was legally present in the United States following the expiration of the temporary agricultural worker visa in May 2015, to include on November 4, 2025. Based upon your affiant's training and experience and review of immigration records concerning VAZQUEZ, there is probable cause to believe

that VAZQUEZ is both an alien and currently illegally and unlawfully present within the United States.

7) Your affiant has and reviewed Chelan County Sheriff's Office report 25C11118. Per the report, officers responded to a domestic disturbance at 3850 Iroquois Lane, Monitor, Washington 98836. a deputy interviewed M.M.M. who alleged that VAZQUEZ physically assaulted her during an argument. While arguing, VAZQUEZ stated, "you know I have one in the truck I can go get it" which M.M.M. clarified was a reference to a firearm in VAZQUEZ's truck.

8) Law enforcement located a vehicle matching the description of VAZQUEZ's truck and conducted a traffic stop. VAZQUEZ was identified as the driver and appeared to be intoxicated. VAZQUEZ complied with orders to safely get out of the vehicle. After being placed under arrest and advised of Miranda Rights, VAZQUEZ stated that he did have a firearm and that it was located between the driver seat and the center console of the vehicle he was stopped in. VAZQUEZ consented to law enforcement retrieving the firearm from the vehicle. An officer retrieved the firearm from the vehicle, which had ammunition in the attached magazine but not in the chamber. Officers identified the seized firearm as a Heckler and Koch P30, pistol-style, 9mm caliber, serial number 129062308 which had nine loaded rounds of 9mm ammunition. According to local dispatch in the report, this firearm was identified to be a stolen weapon from East Wenatchee, Washington in 2020, case number 20E05458.

9) On November 7, 2025, your affiant received information from Special Agent Nicholas Kingston of the Bureau of Alcohol, Tobacco, Firearms and Explosives regarding information for the firearm seized from VAZQUEZ's possession. Special

Agent Kingston, a Firearms Interstate Nexus Expert, identified the weapon in VAZQUEZ possession as a Heckler and Koch, Model: P30, 9mm pistol bearing serial number 129062308, and opined that the firearm had been manufactured in Germany. SA Kingston further opined that the firearm had therefore traveled in and affected interstate and/or foreign commerce if the firearm was received and/or possessed in the Eastern District of Washington.

## CONCLUSION

10) Based upon the aforementioned and my knowledge and experience, there is probable cause to believe that VAZQUEZ violated 18 U.S.C. § 922(g)(5) (Unlawful Alien in Possession of a Firearm). As discussed above, probable cause exists to believe that VAZQUEZ (a citizen and national of Mexico) is an alien within the United States, is illegally and unlawfully present within the United States, and was in possession of a firearm that had previously traveled in interstate and/or foreign commerce.

Digitally signed by TUCKER W SOLT
Date: 2025.11.10 16:12:59 -08'

_____

Tucker Solt
Special Agent
Homeland Security Investigations

SWORN to and SUBSCRIBED before me *telephonically and signed electronically JAG*
This the 10 day of November, 2025

_____
James A. Goeke
United States Magistrate Judge
Eastern District of Washington

Complaint Affidavit of SA Solt, HSI - 4                                    2:25-mj-00661-JAG